**RECEIVED**
OCT 25 2013
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>MYSTIK TREASURES, 116 North Franklin Street,<br>Juneau, AK<br>& 1900 Crest Street, Suite #109 Juneau, Ak | )<br>)<br>) Case No. 1:13-mj-00018-LCL<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Alaska_____
*(identify the person or describe the property to be searched and give its location)*:
MYSTIK TREASURES, 116 North Franklin Street, Juneau, AK
& 1900 Crest Street, Suite #109 Juneau, Ak

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment A, ~~which is evidence of violations of 21 U.S.C. Sections 841(a)(1)'s~~ to affidavit of Special Agent Rikk Rhambo.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     October 14, 2013
                                                                                                        *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
LESLIE LONGENBAUGH                                                       .
_____(name)_____

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 10·4·13  3:50 pm

Signature Redacted
*Judge's signature*

City and state: Juneau, Alaska

Magistrate Judge Leslie C. Longenbaugh
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| | | |
|---|---|---|
| Case No.: 1:13-mj-00018-LCL | Date and time warrant executed: 10-09-13 / 11:15 a.m | Copy of warrant and inventory left with: Jane Hartle + Sarah Graves |

Inventory made in the presence of:
116 N. Franklin : JPD Det. Lee Phelps     1900 Crest St : FBI S/A Matt Judy

Inventory of the property taken and name of any person(s) seized:

Please see attached DEA 12 receipts

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-18-13

*Signature Redacted*

Executing officer's signature

Rick Rambo / Special Agent
Printed name and title

Sworn to before me on Oct. 25, 2013

*Signature Redacted*
United States Magistrate Judge

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
Mystik Treasures
1900 Crest St. Jun. AK.

**FILE NO.** R6-13-0009
**FILE TITLE:**
**G-DEP IDENTIFIER:**
**DATE:** 10/9/2013

**DIVISION/DISTRICT OFFICE**
SFD/ADO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 35 | Plastic Screw Cap Containers w/ 10x Gal Heroin | Behind Counter - Anthony Petillon |
| 5 | Grey Static Shield Bags w/ Green Leafy | |
| 9 | Banana Buddha 1g Apple | |
| 4 | Buddha 4g Apple | |
| 5 | Coconut Twist 4g | |
| 9 | Coconut Twist 1g | |
| 4 | Juicy Fruit 4g | |
| 7 | Sexy Strawberry 1g | |
| 4 | Sexy Strawberry 4g | |
| 1 | Bag of 10x | |
| | Glass Pipes - Glass Cabinet - RH from Door | |
| 51 | 2 place Bag of 10x | Office - Shelf - Matt Jury |
| 3 | XL Glass Bongs | |
| 26 | Large Glass Bongs | |
| 73 | Medium Glassware | |
| 828 | Small Glassware | |

**RECEIVED BY (Signature)** Signature Redacted
**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)** Matthew B Jury, FBI SA
**NAME AND TITLE (Print or Type)** Brian Graves, Owner

FORM DEA-12 (8-02) Previous editions obsolete
Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Mystik Treasures
1900 Crest St. Jun. AK

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE  10/9/2013

DIVISION/DISTRICT OFFICE

SFD/ADO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Tax Paperwork - 1 Green and 1 Blue Folder | Office |
| 1 | Sales Tax Paperwork - 1 Orange / 1 Yellow Folder | Office |
| — | END — | |

RECEIVED BY (Signature)
**Signature Redacted**
WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Matthew B Jcay, FBI SA

NAME AND TITLE (Print or Type)
Sarah Graves    Owner

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

MYSTIK TREASURES

FILE NO.

G-DEP IDENTIFIER

FILE TITLE: Mystik Treasures

DATE: 10-9-13

DIVISION/DISTRICT OFFICE

SFD/ADO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 25 | Small glass pipes | Seized as evidence |
| 20 | Small glass pipes | |
| 50 | Small glass bowl pipes | |
| 9 | Small glass pipes | |
| 47 | Small glass bowl pipes | |
| 15 | Large glass pipes | |
| 23 | Med plastic pipes | |
| 97 | Small glass bowl pipes | |
| 16 | Small glass bowl pipes | |
| 45 | Small glass bowl/misc pipes | |
| 15 | Packs "10X" 4 gram | |
| 138 | Plastic containers of susp. spice | |
| Pkg 14 | Strawberry Buddha 1g | |
| 8 | Strawberry Buddha 2g | |
| 8 | Apple Buddha 2g | |
| 18 | Apple Buddha 1g | |

RECEIVED BY (Signature)
Signature Redacted

WITNESSED BY (Signature)
Signature Redacted

NAME AND TITLE (Print or Type)
RIKK RAMBO S/A

NAME AND TITLE (Print or Type)
LEE PHELPS OFC @ SPD

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

Mystik Treasures

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 10-9-13

**DIVISION/DISTRICT OFFICE**

SFO/ADO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 7 | Juice Fruit Buddha 2g | Seized as evidence |
| 18 | Juice Fruit Buddha 1g | ↓ |
| 10 | Coconut Twist Buddha 2g | |
| 18 | Coconut Twist Buddha 1g | ↓ |

NOTHING FOLLOWS

**RECEIVED BY (Signature)**
Signature Redacted

**WITNESSED BY (Signature)**
Signature Redacted

**NAME AND TITLE (Print or Type)**
Rikk Rambo S/A

**NAME AND TITLE (Print or Type)**
Lee Phelps Off @ JPD

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version